No. 43. HERNÁNDEZ ET AL. *v.* JUDGE OF THE DISTRICT COURT OF MAYAGÜEZ.—Application for a writ of *certiorari.* Decided March 26, 1908. Withdrawn. *Messrs. Francisco Ramírez de Arellano* and *José Martínez Dávila* for petitioners.

No. 269. REYES *v.* LANZA.—Appeal from the District Court of Humacao. Motion to dismiss the appeal  Decided March 31, 1908. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and section 50 of the Rules of the Supreme Court. *Messrs. Vías Ochoteco* and *Enrique López Díaz* for appellant. *Mr. López Landrón* for respondent.

No. 255. AYOROA *v.* BENÍTEZ.—Appeal from the District Court of Aguadilla. Motion to dismiss the appeal because the transcript of the record was presented out of time. Decided April 6, 1908. Motion overruled. *Mr. Vázquez* for appellant. *Mr. Méndez Vaz* for the adverse party.

No. 22. EX PARTE COTTO ET AL.—Application for a writ of *habeas corpus.* Decided April 6, 1908. Referred to the Judge of the District Court of Humacao for decision. Petitioners *per se* for petitioners.

No. 23. EX PARTE AYBAR.—Application for a writ of *habeas corpus.* Decided April 6, 1908. Application referred to the Judge of the District Court of Mayagüez for decision of the case. *Mr. Hernández López* for petitioner.

No. 252. FERRER *v.* THE PEOPLE.—Appeal from the Dis-